IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:01CR109 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| ABBOTT ROSS DAVIDSON, | ) | **AND ORDER** |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant Davidson's disposition hearing is continued to Wednesday, July 13, 2005, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, U.S. Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 6th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge