IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ABBOTT DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Davidson's dispositional hearing is continued to Friday, August 5, 2005, at 1:30 p.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 28, 2005.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge