IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABBOTT DAVIDSON,<br><br>　　　　　Defendant. | 4:01CR109<br><br>ORDER TO SEAL FILE |

　　　　This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment and a Writ of Execution.

　　　　IT IS HEREBY ORDERED that the Clerk of the District Court shall seal the Motion to Seal and all further filings in this action until the service of the Writ of Garnishment and Writ of Execution in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of the District Court will serve a copy of this order and the Order to Issue Writ of Garnishment, and Order to Issue Writ of Execution on the United States of America.

　　　　Dated this __26th__ day of July, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　RICHARD G. KOPF
　　　　　　　　　　　　　　　　　　　Senior United States District Judge