IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ABBOTT DAVIDSON,<br><br>   Defendant., | 4:01CR109 |

ORDER TO ISSUE WRIT OF
EXECUTION

  This matter comes before this Court on the Application For Writ of Execution of the Plaintiff, United States of America, for an order to issue the Writ of Execution against Abbott Davidson a/k/a Stanton E. Davidson, the defendant, and for good cause shown,

  IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Execution against Abbott Davidson a/k/a Stanton E. Davidson, whose address is ------------------------------, Elkhorn, NE 68022.

  DATED this 26th day of July, 2013.

             BY THE COURT:

             s/ *Richard G. Kopf*
             JUDGE, U. S. DISTRICT COURT