IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:01CR109 |
| ABBOTT DAVIDSON, | |
| Defendant., | |
| And | |
| UNITED REPUBLIC BANK, | |
| Garnishee. | |

ORDER TO ISSUE WRIT OF
GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against United Republic Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against United Republic Bank, whose address is 111 N. 181st St., P.O. Box 540126, Omaha, NE 68154-9772.

DATED this 26th day of July, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
JUDGE, U. S. DISTRICT COURT